IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**CLIFTON ORLANDO SOLOMAN**                                                    **PLAINTIFF**

v.                                        Civil No. 4:16-cv-04054

**CORPORAL GRIFFIN;
STEVEN KING; WARDEN
BRAZELL; SHERIFF RON
STOVALL; and CORPORAL
T. HANNING**                                                                      **DEFENDANTS**

## ORDER

Plaintiff, Clifton Orlando Soloman filed this 42 U.S.C. § 1983 action *pro se* on June 29, 2016. ECF No. 1. Plaintiff's application to proceed *in forma pauperis* was granted the same day. ECF No. 2. Before the Court is Plaintiff's Motion to Supplement his Complaint. ECF No. 7.

Plaintiff's Motion to Supplement was filed on June 13, 2016 prior to the date any of the defendants answered Plaintiff's Complaint. I find Plaintiff's motion was not filed in bad faith or undue delay and no opposing party will be prejudiced at this early stage in the litigation.

Plaintiff's Motion to Supplement Complaint (ECF No. 7) is **GRANTED**. The Clerk is **DIRECTED** to file Plaintiff's Motion as a Supplement to his Complaint.

**IT IS SO ORDERED this 27th day of June 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE