**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**CLIFTON ORLANDO SOLOMAN**                                                                          **PLAINTIFF**

**v.**                                              **Civil No. 4:16-cv-04054**

**CORPORAL GRIFFIN;**
**STEVEN KING; WARDEN**
**BRAZELL; SHERIFF RON**
**STOVALL; and CORPORAL**
**T. HANNING**                                                                          **DEFENDANTS**

                                              <u>**ORDER**</u>

        Plaintiff Clifton Orlando Soloman filed this 42 U.S.C. § 1983 action *pro se* on June 29,

2016.  ECF No. 1.  Before the Court is Plaintiff's Response to Order to Show Cause in which he

requests an extension of time to respond to Defendants' Motion for Summary Judgment.  ECF No.

37.

        On April 14, 2017, Defendant Steven King filed a Motion for Summary Judgment.  ECF

No. 25. On May 12, 2017, I entered an Order directing Plaintiff to file a Response to Defendant's

motion on or before June 9, 2017.  ECF No. 32.  On May 3, 2017, Defendants Warden Brazell,

Sheriff Ron Stovall and Corporal T. Hanning filed a Motion for Summary Judgment.  ECF No.

29.  On May 17, 2017, I entered an order directing Plaintiff to file a Response to Defendants'

motion on or before June 19, 2017.  ECF No. 33.

        On June 29, 2017, I entered an Order to Plaintiff to show cause as to why Plaintiff failed

to file Responses to Defendants Motions for Summary Judgment.  ECF No. 35.  Plaintiff has

responded to the Order to show cause and has requested an extension of time to respond to

Defendants' Motions for Summary Judgment.  ECF No. 37.

        I find good cause is shown for an extension, the request is not intended for the purpose of

harassment or delay, and neither party will be prejudiced by the extension.  Plaintiff's Motion for

Extension (ECF No. 37) is **GRANTED. Plaintiff is given an extension unti**l **August 11, 2017, to file a Response to Defendants' Motions for Summary Judgment. Failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

**IT IS SO ORDERED this 11th day of July 2017.**

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE