IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                             PLAINTIFF

v.                              Civil No. 4:16-cv-04054

CORPORAL GRIFFIN;
STEVEN KING; WARDEN
BRAZELL; SHERIFF RON
STOVALL; and CORPORAL
T. HANNING                                                          DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 29) is hereby **GRANTED**. Plaintiff's claims against Defendants Griffie, Brazell, Stovall, and Hanning are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of February 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge